UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JACOB JAMES BERNARDS,

          Petitioner,

   v.

STATE OF WASHINGTON,

          Respondent.

CASE NO. 3:21-CV-5776-LK-DWC

REPORT AND RECOMMENDATION

Noting Date: March 25, 2022

The District Court has referred this action to United States Magistrate Judge David W. Christel. On October 18, 2021, Petitioner filed a habeas corpus petition pursuant to 28 U.S.C. § 2254, which also attached a petition under 28 U.S.C. § 2241 alleging the same claims (collectively, the "Petitions"). Dkt. 1-1.

After screening the Petitions pursuant to Rule 4 of the Rules Governing § 2254 cases, the Court concluded the Petitions were unexhausted, failed to name a proper respondent and several counts failed to state a claim upon which relief could be granted. Dkt. 6. The Court ordered Petitioner to show cause why the Petitions should not be dismissed or to file an amended petition correcting the identified deficiencies on or before February 25, 2022. *Id*. at 5–6. The Court

warned Petitioner if he failed to adequately respond to the Order, the Court would recommend dismissal of this action. *Id*. at 6.

Petitioner has failed to comply with the Court's Order. He has not responded to the Court's Order and has not filed an amended petition to correct the deficiencies contained within the Petitions. As Petitioner has failed to respond to the Court's Order and prosecute this case, the Court recommends this case be dismissed without prejudice.

Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil Procedure, the parties shall have fourteen (14) days from service of this Report to file written objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for purposes of appeal. *Thomas v Arn*, 474 U.S. 140 (1985). Accommodating the time limit imposed by Rule 72(b), the Clerk is directed to set the matter for consideration on March 25, 2022, as noted in the caption.

Dated this 7th day of March, 2022.

David W. Christel
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2